A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2004 OCT 15 P 3:12

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

V.

SanJuanita Rodriguez

**WARRANT FOR ARREST**

CASE NUMBER: **CR 02-222 (7) JNE/JGL**

0541-1015-0046-D

OCT 18 9 04 AM '04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: SanJuanita Rodriguez

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition for Warrant for Offender Under Supervision charging him or her with:

Supervised release violation

Ordered by: Joan N. Ericksen, United States District Court Judge.

(By) Leah E. Gilgenbach, Deputy Clerk

October 15, 2004 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

**ARRESTED ON** 11-3-04
**ARRESTED BY** USMS - S/TX
**U.S. MARSHAL**
**DISTRICT OF MINNESOTA**
**BY** ______________

NOV 9 2004

DC Modified 04/06/04